# EXHIBIT A

**Asphalt Specialists, Inc.**

*Full Service Paving Contractor*
1780 E. Highwood, Pontiac, MI 48340
(248) 334-4570 • Fax (248) 334-0134



| | 29300 |
| --- | --- |
| | 1/31/07 |

BILL TO:
NEUHOM
NEUMAN HOMES INC.
4355 WEAVER PARKWAY
WARRENVILLE, IL 60555

JOB LOCATION:
06900S
SANTUARY IN THE HILLS
WINDING BROOK CIRCLE

Sales Code 05    PO #    Terms: Net 10 days

| Quantity | Description | Price | Amount |
| --- | --- | --- | --- |
| | CONTRACT BILLING | | |
| 2775.00 | SQ.FT. OF ASPHALT SKIN PATCHES | 1.20 | $3330.00 |

NET AMOUNT DUE →    3330.00