IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEUMANN HOMES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-20412<br>(Jointly Administered)<br><br>Hon. Eugene R. Wedoff |

**INDYMAC'S RESPONS TO VILLAGE OF
<u>GILBERTS MOTION FOR RELIEF FROM STAY</u>**

IndyMac Ventures, LLC ("IndyMac"), by and through its attorneys, states its position that the motion of the Village of Gilberts ("Gilberts") for relief from the automatic stay ("Stay Relief Motion") should be stricken as inconsistent with the Debtors' proposed Plan, and as possibly outside this Court's jurisdiction.

Funds that the Stay Relief Motion seeks to recover ("Improvement Fund") for use by Gilberts to pay legal and engineering fees it owes, cannot properly be awarded to Gilberts at this time for that or any other purpose. These funds are a portion of municipal bond proceeds:

(i) That allegedly are ear-marked for particular specified uses by Gilberts upon submission of draw requests satisfying certain contractual conditions, and

(ii) In which Wells Fargo Bank, N.A., as Indenture Trustee ("Bond Trustee"), claims to hold a security interest,

all under a December 1, 2006 Trust Indenture ("Indenture") entered into between Gilberts and the Bond Trustee.

The proposed Plan provides for the Debtor to transfer ownership of its Conservancy development in Kane County, Illinois to IndyMac, whereby IndyMac will receive all appurtenant rights, title and interests in and to this property. It is understood between IndyMac and the Debtors that a determination of the extent to which such rights and interests includes all or part

of the Improvement Fund or the right to expenditure thereof for the benefit of further development of the Conservancy, is to be addressed and resolved separately from the Plan and outside the Debtors' bankruptcy proceedings. IndyMac further states its position as follows:

1. By its Stay Relief Motion, Gilberts seeks adjudication in its favor of its claim that legal and engineering fees it incurred may be paid from the $355,160 balance remaining in the Improvement Fund that was created pursuant to the Indenture in connection with Special Service Area Number Nineteen Special Tax Bonds Series 2006-1 ("SSA-19 Bonds").

2. The Improvement Fund was established to facilitate development of the Conservancy and repayment of the SSA-19 Bonds. Cash deposited in the Improvement Fund was a contractually designated portion of proceeds from the sale of SSA-19 Bonds, which Article VII of the Trust Indenture states "shall be disbursed solely for the payment of the cost of acquiring, constructing and installing, and performing" certain "Special Services"—defined in an exhibit to the Trust Indenture as particular infrastructure improvements to the Conservancy.

3. Objecting to the Stay Relief Motion [Docket # 2120], the Bond Trustee thus contends that "under certain circumstances and conditions and for certain purposes, monies in the Improvement Fund may be disbursed by the Bond Trustee to the Village"; that Gilberts must submit a "Draw Request" meeting all requirements of the Indenture; and that the Bond Trustee holds a security interest in the Improvement Fund [*Id.* ¶¶2-3, at 2].

4. It is therefore possible that the subject matter of the Stay Relief Motion not only is outside the scope of the Debtors' proposed Plan, but also is outside of this Court's jurisdiction.

5. Further, as stated in its objection to the Stay Relief Motion [Docket # 2113], Platte River Insurance Company ("Platte River") issued a Subdivision Improvement Performance Bond, bonding the obligation of Debtor Neumann Homes, Inc. ("NHI") to complete

2

certain underground improvements within the Conservancy as to which Gilberts has asserted a default by NHI and served notice of a claim on Platte River.

6.    Platte River contends that to the extent Gilberts asserts a default by NHI in its obligation to complete underground improvements within the Conservancy, the Indenture does not permit and Court may not properly allow Gilberts to recover the $355,160 balance remaining the Improvement Fund for payment of legal and engineering fees not directly related to performance of "Special Services" as provided for in and defined by the Indenture.

7.    The Conservancy is in early stages of development, and secures a small portion of the Debtors' indebtedness to IndyMac. In exchange for a release of the Debtors from such indebtedness, their proposed Plan seeks to transfer ownership of the Conservancy to IndyMac. As noted above, IndyMac and the Debtors agree that a determination of the extent to which rights and interests to be so transferred to IndyMac entails the Improvement Fund or its expenditure for the benefit of further development of the Conservancy, is to be addressed and resolved separately from the Plan and outside the Debtors' bankruptcy proceedings.

8.    Substantial interests of IndyMac (and potentially other parties) that would be adjudicated by a ruling on the Stay Relief Motion not only have been reserved for determination among interested parties at a later time upon transfer of the Conservancy to IndyMac, but also are neither ripe for hearing nor could otherwise be appropriately and fully heard simultaneously with the Court's consideration of the Debtors' request for confirmation of their proposed Plan.

9.    Therefore, the adjudication sought by the Stay Relief Motion should await and be combined with future disposition of the Conservancy and determination of rights and obligations of the foregoing parties and Gilberts in respect to this and other assets that are related to or could be affected by disposition of the remaining balance of the Improvement Fund.

WHEREFORE, IndyMac Ventures, LLC respectfully requests that the Court strike the motion of the Village of Gilberts for relief from the automatic stay as inconsistent with the Debtors' proposed Plan, and as possibly outside this Court's jurisdiction.

Dated: January 26, 2010                              **INDYMAC VENTURES, LLC**

/s/ Jonathan P. Friedland
Jonathan P. Friedland (ARDC #6257902)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Tel: (312) 476-7598
Fax: (312) 346-8434
*Counsel for IndyMac Ventures, LLC*

**CERTIFICATE OF SERVICE**

I, Jonathan P. Friedland, hereby certify that on January 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF Participants:

David S Adduce    dadduce@komdr.com
Beverly P. Alfon    balfon@baumsigman.com, dfarrell@baumsigman.com
Margaret M Anderson    panderson@fhslc.com, cjelks@fhslc.com;kmarietta@fhslc.com;acotter@fhslc.com
Steven E Anderson    sanderson@btlaw.com, KBRUHNKE@BTLaw.com
George P Apostolides    gpapostolides@arnstein.com
Brian A. Audette    baudette@perkinscoie.com
J. Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com
David W Baddley    baddleyd@gtlaw.com, powelly@gtlaw.com
Paige E Barr    paige.barr@kattenlaw.com
Richard M Bendix    rbendix@dykema.com, nrakunas@dykema.com
Edwin E Brooks    ebrooks@mcguirewoods.com, dklebek@mcguirewoods.com
Abraham Brustein    abrustein@dimonteandlizak.com
Daniel E Budorick    dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
Amy E Bullock    abullock@cohonraizes.com
Alice D. Burke    alice.burke@lw.com, chefiling@lw.com
Judy B Calton    jcalton@honigman.com
Kurt M Carlson    kcarlson@muchshelist.com, dmyer@muchshelist.com
Mark J. Carroll    carrollmark@ameritech.net
Barry A Chatz    bachatz@arnstein.com
John J Chitkowski    jjc@chitkowskilaw.com, jennifer@chitkowskilaw.com
Rosanne Ciambrone    rciambrone@duanemorris.com
Scott R Clar    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
Robert Clark    rclark@douglas.co.us
Patrick A Clisham    patrickclisham@hotmail.com
Christopher Combest    ccombest@quarles.com, Faye.Feinstein@quarles.com
William J Connelly    wconnelly@hinshawlaw.com
Faith Dolgin    faith.dolgin@illinois.gov
Bruce Dopke    bruce@dopkelaw.com
Brian M. Dougherty    bmd@gsrnh.com
Dennis A Dressler    ddressler@dresslerpeters.com
Kevin C. Driscoll    kevin.driscoll@btlaw.com, kathy.bruhnke@btlaw.com
Timothy D. Elliott    telliott@rathjewoodward.com, nwood@rathjewoodward.com
Earle Erman    eerman@ermanteicher.com, deisenberg@ermanteicher.com
Earle I Erman    , deisenberg@ermanteicher.com
John F. Etzkorn    johnetz@aol.com
Terence M Fenelon    tmf523@comcast.net
Michelle J Fisk    michelle.fisk@icemiller.com, michelle.fisk@icemiller.com
Amy Galvin-Grogan    kim@garellilaw.com
Vipin R Gandra    vipingandra@yahoo.com
Alan Garrow    agarrow@nealisgarrow.com
Eugene J Geekie    egeekie@schiffhardin.com
Daniel L Giudice    dan1413@aol.com, giudicelaw@gmail.com
Richard N Golding    rgolding@goldinglaw.net

Gary E. Green    ggreen@clarkhill.com, jfelker@clarkhill.com
Perry Grimaldi    perry@perrygrimaldi.com
Robert T Hanlon    rob@rhanlonlaw.com
Samuel G. Harrod    sharrod@mpslaw.com
David S. Heller    david.heller@lw.com, chefiling@lw.com
Donna R Henderson    donna@hendersonandhendersonlaw.com
Christopher P Hughes    chughes@gwclaw.com
Scott E Jensen    sjensen@mjwchicago.com
Jennifer L Johnson    jjohnson@zcwlaw.com, vblazina@zcwlaw.com
Lisa D. Johnson    lisa.johnson@hklaw.com
Ronald J. Kapustka    rkapustka@ksnlaw.com
Alexander D Kerr    akerr@tishlerandwald.com, bmurzanski@tishlerandwald.com
Peter P Knight    peter.knight@lw.com, chefiling@lw.com
Michelle M Kohut    mmk@corboydemetrio.com, sdudak@corboydemetrio.com
Robert J. Labate    robert.labate@hklaw.com
Richard G Larsen    rglarsen@mrmlaw.com
Richard S Lauter    rlauter@freebornpeters.com, bkdocketing@freebornpeters.com;pscott@freebornpeters.com
Ryan O. Lawlor    r_lawlor@vedderprice.com, ecfdocket@vedderprice.com
Joanne Lee    jlee@foley.com
Joy E Levy    jelevy@arnstein.com, joyelevy@yahoo.com
Colleen M Loftus    cloftus@loftusloftus.com
Patrick J. Mazza    pmazza810@aol.com, schodera@mcminc.net
James M McArdle    jmcardle@skcounsel.com
Harold E. McKee    hmckee@rmp-llc.com
Daniel E McKenzie    dmckenzie@burgsimpson.com
Colleen E McManus    cmcmanus@muchshelist.com
G. Alexander McTavish    alexmctavish@mrmlaw.com
Lawrence R Moelmann    lmoelmann@hinshawlaw.com
Sherri Morissette    morissettes@gtlaw.com, rodriguezeli@gtlaw.com
Christopher B. Morozin    cmorozin@sjtpom.com
Jill L Murch    jmurch@foley.com, rbressler@foley.com
Lauren N. Nachinson    Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com
William T Neary    USTPRegion11.ES.ECF@usdoj.gov
David A. Newby    dnewby@jnlegal.net, cjohnson@jnlegal.net
Norman B Newman    nnewman@muchshelist.com
Richard T. Niemerg    rniemerg@rolaw.net
Joel H Norton    jnorton@rss-chtd.com, dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com;vkingsley@rrs-chtd.com
Monica C O'Brien    gstern1@flash.net
Gregory Otsuka    gregoryotsuka@paulhastings.com, ruthrosen@paulhastings.com
George Panagakis    gpanagak@skadden.com, stwillia@skadden.com;pkrebs@skadden.com;mmirkovi@skadden.com;jpfleege@skadden.com;mcampana@skadden.com;eric.howe@skadden.com;mark.rakoczy@skadden.com
Nancy A Peterman    petermann@gtlaw.com, carlsonk@gtlaw.com;greenbergc@gtlaw.com;ostrowe@gtlaw.com;lowena@gtlaw.com;bloomw@gtlaw.com;heyens@gtlaw.com
Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com
John F. Pollick    jpollick@mcguirewoods.com
Mark L Radtke    mradtke@shawgussis.com, dkrasa-berstell@akingump.com
Douglas Rallo    rallolaw@yahoo.com

Michael L Ralph     mralph@rss-chtd.com, vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
John M. Riccione     jriccione@agdglaw.com
Robert E Richards     rrichards@sonnenschein.com, NDIL_ECF@sonnenschein.com
Cornelius F Riordan     criordan@rmp-llc.com
Jeffrey B Rose     jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
George Rosenberg     grosenberg@co.arapahoe.co.us
John C Ruddy     jruddy@rmklawfirm.com, lincoln@rmklawfirm.com
Michael M Schmahl     mschmahl@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com
David J Schwab     djschwab@rss-chtd.com, vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
John E. Sebastian     jsebastian@hinshawlaw.com, sedelmaier@hinshawlaw.com
Robert V. Shannon     robert.shannon@klgates.com, chicago.docket@klgates.com
Brian L Shaw     bshaw100@shawgussis.com, bharrington@shawgussis.com
Peter A Siddiqui     peter.siddiqui@kattenlaw.com
Michael J. Small     msmall@foley.com, khall@foley.com
Morgan M. Smith     mmsmith@dykema.com, truckman@dykema.com
Mark J Stauber     markjslaw@aol.com, stauberlaw@comcast.net
Miriam R. Stein     mrstein@arnstein.com
Gregory K Stern     gstern1@flash.net, steve_horvath@ilnb.uscourts .gov
Douglas J Sury     doug@keaycostello.com
Pia N Thompson     pthompson@ksnlaw.com
Mark Van Donselaar     mvandonselaar@grayslakelaw.com
Jon C Vigano     jvigano@schiffhardin.com, edocket@schiffhardin.com;dgordon@schiffhardin.com
Michael B Weininger     mweininger@lw-llp.com, cpotter@lw-llp.com
John R Weiss     jrweiss@duanemorris.com
Ariel Weissberg     ariel@weissberglaw.com, Hava@weissberglaw.com
Andrew E Weissman     andrew.weissman@dbr.com
Stephen D Williamson     stwillia@skadden.com, rjacobs@ecf.epiqsystems.com
John P Wise     jwise@jolietcity.org
Stephen G Wolfe     USTPRegion11.es.ecf@usdoj.gov, steve.g.wolfe@usdoj.gov;jennifer.r.toth@usdoj.gov
Zhiyuan Xu     mxu@schiffhardin.com
Barbara L Yong     blyong@golanchristie.com
Daniel A Zazove     docketchi@perkinscoie.com
James P. Ziegler     jziegler@spklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants as indicated on the attached Service List.

/s/ Jonathan P. Friedland
Jonathan P. Friedland (ARDC #6269772)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Tel: (312) 476-7598
Fax: (312) 346-8434
*Counsel for IndyMac Ventures, LLC*

7

## U.S. MAIL SERVICE LIST

Atradius Trade Credit Insurance Inc
5026 Campbell Blvd Suite C
Baltimore, MD 21236

Allison R Bach
Dickinson Wright PLLC
500 Woodward Ave
Detroit, MI 48226

Shawn A. Cinnamon
38172 N. Manor Avenue
Beach Park, Il 60087-1631

Warren E Crabill
Crabill & Crabill, Ltd
123 Water Street
Naperville, IL

Matthew T Ferris
Winstead PC
1201 Elm Street, Suite 5400
Dallas, TX 75270

Christopher J Forsyth
 500 W Big Beaver Road
Troy, MI 48084

Britt Isaly
140 S Dearborn St Sixth Flr
Chicago, IL 60603

Keating & Shure Ltd
Keating & Shure Ltd
150 N Wacker Ste 1550
Chicago, IL 60606

Phillip L Lamberson
Winstead PC
1201 Elm Street, Suite 5400
Dallas, TX 75270

LandCap Partners
c/o Mr Tony Bains
2000 Avenue of the Stars, Suite 1020
Los Angeles, CA 90067

Ralph E McDowell
Bodman LLP
1901 St Antoine Street
6th Floor at Ford Field
Detroit, MI 48226

Jeffrey B Miller
Carson Fischer, PLC
4111 Andover Road West 2nd Floor
Bloomfield Hills, MI 48302-1924

Neumann Homes of Colorado, LLC;
4355 Weaver Parkway, Suite 1070
Warrenville, IL 60555

Ocean Atlantic/PFG-Southbury, LLC
1800 Diagonal Road Suite 350
Alexandria, VA 22314-2842

Shari L Pollesch
Burchfield, Park & Pollesch,PC
225 E Grand River Ave Ste 203
Brighton, MI 48116

Ron Saxbury
11402 S Trailmaster Cir
Parker, CO 80134

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Dr, Suite 2100
Chicago, IL 60606-1285

Travelers National Accounts
1 Tower Square 5MN
Attn Scot Freeman
Hartford, CT 06183-4044

Williams Scotsman Inc.
Bankruptcy Service Center
8211 Town Center Dr
White Marsh, MD 21236